■ CECELIA SZIGETI, as Administratrix of the Estate of JOHN ZETTLE, Deceased, Appellant, v. AMERICAN OVERSEAS AIRLINES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 704.]

■ TOWN OF BABYLON, Respondent, v. JOSEPH MAVELLIA et al., Individually and Doing Business under the Name of MAVELLIA BROTHERS, Appellants.— Motion for a stay granted on condition that appellants perfect the appeal for the September Term, beginning Wednesday, September 12 (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with $10 costs. Motion to dismiss appeal denied, without costs, with leave to renew the motion on the argument of the appeal. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ WINDSOR DINER, INC., Respondent, v. HARRY DALLES, Individually and as President of Cooks, Countermen, Soda Dispensers, Food Checkers, Cashiers and Assistants Union, A. F. of L., Local No. 325, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 759.]

■ MIRIAM ZEND, Respondent, v. BURRILL ZEND, Appellant.— On the stipulation of the parties, the decision handed down June 25, 1956 (*post*, p. 814), conditionally granting appellant's motion for a stay pending appeal, rescinded and motion restored to the motion calendar of August 8, 1956. Motion for stay denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of CONSUMERS TIME CREDIT, INC., Respondent, against M. S. ACKERMAN, INC., et al., Judgment-Debtors. DAVID R. KAHN et al., Appellants.— Motion for a stay denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

## (August 27, 1956)

■ GIMBEL BROTHERS, INC., Respondent, v. DIANA ROSENFELD, Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of BALDWIN GARDENS, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. [See *ante*, p. 753.]

■ In the Matter of MURIEL FLICK, Respondent, against FERDINAND H. FLICK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. [See *ante*, p. 695.]

■ In the Matter of ANN GOLDNER, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock and Kleinfeld, JJ.; Ughetta, J., not voting. [See *ante*, p. 763.]

■ ROCCO MANCINI, Appellant, v. HENRY B. KURTZ, as Chairman of the Board of Appeals, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 1 A D 2d 829.]